**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Diondra Jones, individually and on behalf of all others similarly situated, | ) |
| | ) |
| | ) Case No. 1:25-cv-04186 |
| Plaintiff, | ) |
| | ) |
| v. | ) Hon. John J. Tharp, Jr |
| | ) |
| Help at Home, LLC | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION AND MOTION TO STAY CASE PENDING ALTERNATIVE DISPUTE RESOLUTION AND TOLLING

Plaintiff Diondra Jones and Defendant Help at Home, LLC jointly move to stay all deadlines while the parties engage in private mediation. In support of this Motion, the parties state as follows:

1. On April 16, 2025, Plaintiff filed a putative class and collective action Complaint alleging that Defendant violated the overtime provisions of the Fair Labor Standards Act, the overtime provisions of the Illinois Minimum Wage Law, and the Illinois Wage Payment and Collection Act.

2. In addition to continued informal negotiations between counsel, the parties have agreed to participate in private mediation with Michael Russell of Miles Mediation and Arbitration,[1] a highly experienced and well-regarded mediator for wage and hour cases and complex class actions.

3. Due to Mr. Russell's limited availability, they were not able to schedule the mediation until December 4, 2025.

---

[1] Mr. Russell's biography is available at https://milesmediation.com/neutrals/michael-russell/

2

4.	To conserve judicial and party resources and fully focus their efforts on resolving this case, the parties respectfully request that all deadlines, including the deadline to answer or otherwise plead and file a joint initial status report, be stayed until the parties have completed their mediation. The Parties agree that during the Stay Period, all deadlines and statute of limitations on potential wage claims shall be tolled for the Parties and Collective Members. Except for the tolling of applicable limitations periods set for the in this paragraph, the Parties have agreed that nothing related to this stipulation waives or compromises any factual, legal, or procedural defenses that may be asserted by Defendants in response to the Complaint.

5.	The parties propose filing a joint initial status report on December 5, 2025, that, among other things, informs the court of the outcome of the mediation, their settlement negotiations, and sets forth a case plan.

6.	This request is made jointly, in good faith, and not for the purposes of delay.

7.	This is the second request to extend the deadline to answer or otherwise plead.

WHEREFORE, the parties jointly request that this Court grant this Motion and stay all deadlines while they engage in mediation.

DATED: July 25, 2025

Respectfully submitted:

By:  /s/ *Michael Fradin*　　　　　　　　　　　　/s/ *Matthew DiCianni*　　　　　　　　　
　　　Attorney for Plaintiff Diondra Jones　　　Attorney for Defendant Help at Home, LLC

James Simon
11 1/2 N. Franklin Street
Chagrin Falls, Ohio 44022
(216) 816-8696
james@simonsayspay.com

Michael L. Fradin, Esq
8401 Crawford Ave. Suite 104
Skokie, IL 60076
mike@fradinlaw.com
*Attorneys for Plaintiff*

Matthew Barszcz
Matthew DiCianni
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 382-3119
mbarszcz@cozen.com
mdicianni@cozen.com
*Attorneys for Defendant*

LEGAL\79034012\3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2025, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

/s/ *Matthew DiCianni*

LEGAL\79034012\3