**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Diondra Jones, individually and on behalf of all others similarly situated, | **)** | |
| | **)** | Case No. 1:25-cv-04186 |
| | **)** | |
| Plaintiff, | **)** | Hon. John J. Tharp, Jr. |
| | **)** | |
| -v.- | **)** | |
| | **)** | |
| Help at Home, LLC, | **)** | |
| | **)** | |
| Defendant. | **)** | |

### JOINT STATUS REPORT

Now comes Plaintiff, Diondra Jones, and Defendant, Help at Home, LLC, jointly and through Counsel, and provide the Court with a status update and respectfully request that the Court extend the previously issued stay in this case pending continued efforts of alternative dispute resolution.

On July 25, 2025, the Parties filed a Joint Stipulation to Stay Case Pending Alternative Dispute Resolution and Tolling. (*See* Doc. 8). The stay was granted and subsequently continued. Therein, the Parties informed the Court that they had scheduled a private mediation with well-regarded mediator, Michael Russell, to take place on December 4, 2025. (*See id*.). The Court granted the Parties' Motion and ordered the Parties to submit a joint status report on December 5, 2025. (*See* Doc. 9).

On December 2, 2025, the Parties filed a Joint Motion to Continue the stay pending mediation (*See* Doc. 14), which the Court granted on December 3, 2026 (*See* Doc. 15). Thereafter, the Parties engaged in informal discovery so that the Parties could have a productive mediation. On March 4, 2026, the Parties attended a full day mediation with Michael Russell. Although the mediation session did not result in a settlement, significant progress was made. Mr. Russell has

indicated that he can either continue to facilitate settlement negotiations with the parties by phone or the parties could participate in another mediation session. Mr. Russell has indicated that he has no current availability for a second mediation in April, 2026 but that dates often open up on his waitlist. As such, the Parties respectfully request that the stay be extended through April 13, 2026 so that the Parties can advise the Court whether a settlement has been reached or a second mediation has been scheduled.

DATED: March 12, 2026

By: /s/ *Michael L. Fradin*
Michael L. Fradin
FRADIN LAW, LLC
8401 Crawford Ave., Suite 104
Skokie, Illinois 60076
P: (847) 644-3425
E: mike@fradinlaw.com

James L. Simon (*pro hac vice forthcoming*)
SIMON LAW CO.
11 ½ N. Franklin Street
Chagrin Falls, Ohio 44022
P: (216) 816-8696
E: james@simonsayspay.com

*Counsel for Plaintiff*

By: /s/ *Jennifer Schilling*

Jennifer Schilling
Littler Mendelson P.C.
321 N. Clark St. Suite 1100
Chicago, IL 60654
jschilling@littler.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2026, I caused a true and complete copy of the forgoing to be served upon all necessary parties through the Court's Electronic Case Filing system.

/s/ *Michael L. Fradin*