**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Diondra Jones, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 1:25-cv-04186 |
| Plaintiff, | ) ) | Hon. John J. Tharp, Jr. |
| -v.- | ) ) ) | |
| Help at Home, LLC, | ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Now come Plaintiff, Diondra Jones ("Plaintiff"), and Defendant, Help at Home, LLC ("Defendant"), pursuant to the Court's Order (Dkt. 18), jointly and through Counsel, report the following:

The parties attended a second mediation session with mediator, Michael Russell, on April 2, 2026, which successfully resulted in a settlement of this matter. The parties are actively preparing the paperwork necessary to effectuate the settlement. The settlement class is comprised of Illinois employees based solely on allegations made under Illinois state wage and hour laws. The settlement also includes an additional class representative not presently named as a plaintiff in the operative complaint.

Due to the state-based nature of the parties' settlement and the need to amend the operative complaint to remove federal claims, the parties anticipate Plaintiff filing a new class action complaint in Illinois state court along with a motion for preliminary approval of the parties' settlement and contemporaneously filing a joint stipulation for dismissal of this matter, and thereafter dismissing the current action. As such, the parties respectfully request that the stay in this matter be extended for an additional forty-five (45) days.

DATED: April 9, 2026

By: /s/ *Michael L. Fradin*
FRADIN LAW, LLC
8401 Crawford Ave., Suite 104
Skokie, Illinois 60076
P: (847) 644-3425
E: mike@fradinlaw.com

James L. Simon (*pro hac vice forthcoming*)
SIMON LAW CO.
11 ½ N. Franklin Street
Chagrin Falls, Ohio 44022
P: (216) 816-8696
E: james@simonsayspay.com

By: /s/ *Jennifer Schilling*
Jennifer Schilling
Kerri Feczko
LITTLER MENDELSON, P.C.
321 N. Clark Street, Suite 1100
Chicago, Illinois
P: 312.372.5520
E: JSchilling@littler.com
KFeczko@littler.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April 2026, I caused a true and complete copy of the forgoing to be served upon all necessary parties through the Court's Electronic Case Filing system.

/s/ *Michael L. Fradin*