**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Diondra Jones, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 1:25-cv-04186 |
| Plaintiff, | ) ) | Hon. John J. Tharp, Jr. |
| -v.- | ) ) ) | |
| Help at Home, LLC, | ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Now come Plaintiff, Diondra Jones ("Plaintiff"), and Defendant, Help at Home, LLC ("Defendant") (collectively, the "Parties"), pursuant to the Court's Order (Dkt. 20), jointly and through Counsel, report the following:

The Parties continue to work diligently on finalizing the terms and conditions of settlement of this matter and have exchanged drafts of the motion for preliminary approval, the Settlement Agreement, and new class action complaint for filing in Illinois state court as previously reported. The Parties anticipate filing a stipulation to dismiss with this Court within thirty (30) days and, as such, respectfully request that the stay in this matter be extended for an additional thirty (30) days.

DATED: June 1, 2026

By: /s/ *Michael L. Fradin*
FRADIN LAW, LLC
8401 Crawford Ave., Suite 104
Skokie, Illinois 60076
P: (847) 644-3425
E: mike@fradinlaw.com

James L. Simon (*pro hac vice forthcoming*)
SIMON LAW CO.
11 ½ N. Franklin Street
Chagrin Falls, Ohio 44022

By: /s/ *Kerri Feczko*
Jennifer Schilling
Kerri Feczko
LITTLER MENDELSON, P.C.
321 N. Clark Street, Suite 1100
Chicago, Illinois
P: 312.372.5520
E: JSchilling@littler.com
KFeczko@littler.com
*Counsel for Defendant*

P: (216) 816-8696
E: james@simonsayspay.com
*Counsel for Plaintiff*

2

**<u>CERTIFICATE OF SERVICE</u>**

I, Kerri Feczko, an attorney, hereby certify that, on June 1, 2026, I caused a copy of *Joint Status Report* to be filed with the Clerk of the Court, using the CM/ECF system, and served upon all counsel of record.


/s/ Kerri Feczko